Rev 3/2024

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 11:00 a.m. | Date: | 6/11/2024 |
| Started: | 11:15 a.m. | Judge: | Elizabeth W. Hanes, USDJ |
| Ended: | 1:00 p.m. | Court Reporter: | Jill Trail |
| | | U.S. Attorney: | Julie Podlesni |
| | | Defense Counsel: | Keith Kimball/Virginia Bare |
| | | Courtroom Deputy: | D. Brandt |
| | | Probation Officer: | Samantha Bean |

Case No.      4:23cr51
Defendant:    O'Sirus Landres Charles Ford          ( X ) In Custody          (  ) On Bond

X   Came on for disposition.
X   Deft satisfied with advice, counsel, and effectiveness of counsel.
X   Court adjudged deft. guilty of count   One and Seven   of the   Superseding Indictment on 1/8/2024
X   Deft's                    X    motion for downward departure – Granted in part
                                    motion for acceptance of responsibility.
X   Maximum penalties placed on the record.
X   Presentence Report reviewed.        X    Objections heard and rulings made.
X   Court adopts PSR (with changes) for the purpose of establishing the advisory guidelines.
    Evidence presented. (Witnesses and exhibits listed on last page)
X   Arguments of counsel heard.   X   Statement of deft. heard.

# SENTENCING GUIDELINES :
Offense Level:   28
Criminal History:   II
Imprisonment Range: Count 1:  87   to   108   months
                    Count 2:   84 months consecutive
Supervised Release:  Count 1: 1 to 3 years
                     Count 7: 2 to 5 years
Fine Range: $30,000   to $250,000
Special Assessment: $200

# IMPRISONMENT:

SENTENCE: Counts 1 : The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of 144 months. The term consists of 60 months on count one, plus a term of 84 months on count seven, all to be served consecutively.

X   The deft. is remanded to the custody of the U.S. Marshal.

## SUPERVISED RELEASE:

__X__      Upon release from imprisonment, the deft. shall be on supervised release for a term of __5__ years.   This term consists of __3__ years on count <u>one</u>, a term of __5__ years on count <u>seven</u>, all to run concurrently.

## Standard Conditions of Supervised Release/Probation:

The defendant must report to the probation office in the federal judicial district where he/she is authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs he/she to report to a different probation office within a different time frame.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

<u>X</u>   The deft. shall refrain from any unlawful use of a controlled substance and submit to periodic drug testing upon commencement of supervised release, as directed by the probation officer.

## Special Conditions of Supervised Release/Probation:

1) If the defendant tests positive for controlled substances or shows signs of alcohol abuse, the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol, with the partial cost to be paid by the Defendant as able, all as directed by the probation officer.   The defendant shall waive all rights of confidentiality regarding substance abuse treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. Partial costs of this program to be paid the Defendant as able, as directed by the probation officer.   The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

| | | | | |
|---|---|---|---|---|
| __X__ | As to count __1__ | ,the deft shall pay a special assessment in the amount of | $100.00 | . |
| __X__ | As to count __7__ | ,the deft shall pay a special assessment in the amount of | $100.00 | . |

The total special assessment due is $<u>200.00</u> and shall be due in full immediately.

Any balance remaining unpaid on the fine/special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $<u>25.00</u> per month, until paid in full. Said payments shall commence sixty (60) days after defts. supervision begins.

Rev 3/2024

## FINE:

<u>X</u>   Court finds deft. is unable to pay fine.

---

<u>X</u>   The deft. notified of right of appeal within 14 days.

<u>X</u>   On motion of gov't, remaining counts dismissed.

<u>X</u>   Court recommends to the Bureau of Prisons:
  1. The defendant be incarcerated near the Tidewater region of Virginia.
  2. The defendant be enrolled in an educational or vocational skill program.
  3. The defendant be enrolled in a 500 hour Residential Drug Abuse Program (RDAP) if the defendant qualifies and volunteers.
  4. The defendant be evaluated for substance abuse treatment and mental health treatment.
        .

## Additional Counts/Comments:

<u>Government's Motion to Seal, ECF #113 is Granted.</u>